Case 2:15-cv-09196-KHV   Document 37   Filed 07/24/17   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LENEXA HOTEL, LP,

    Plaintiff,

v.                                    Case No. 15-9196-KHV

HOLIDAY HOSPITALITY FRANCHISING, INC.,

    Defendant and Counterclaim Plaintiff,

v.

STEPHEN J. CRAIG,

    Counterclaim Defendant.

## SECOND AMENDED SCHEDULING ORDER

The parties have filed a joint motion (ECF No. 36) to amend the scheduling orders entered in this case (ECF Nos. 14 & 28). For good cause shown, the motion is granted, but to keep this case on track toward trial, the extensions given are shorter than the parties requested. The scheduling order is amended as follows:

    a.    All fact discovery shall be commenced or served in time to be completed by **October 9, 2017.**

    b.    Disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, are due from plaintiff by **September 13, 2017,** and from defendant by **October 13, 2017.** Disclosures and reports by any rebuttal experts are due by **November

**1, 2017**.

  c. The deadline for expert deposition discovery is extended to **November 27, 2017**.

  All other provisions of the original and first amended scheduling orders shall remain in effect. The schedule adopted in this second amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

  IT IS SO ORDERED.

  Dated July 24, 2017, at Kansas City, Kansas.

             s/ James P. O'Hara
            James P. O'Hara
            U.S. Magistrate Judge